## MEYERS v. COHN.

(City Court of New York, General Term.   March 17, 1893.)

REVIEW ON APPEAL.—WAIVER OF OBJECTIONS.
    Where no order is entered denying a motion for a new trial on the judge's minutes, the appeal brings up for review only such errors as were committed at the trial.

Appeal from trial term.

Action by Morris A. Meyers against Annie Cohn. From a judgment entered on a verdict for plaintiff, defendant appeals. Affirmed.

Argued before EHRLICH, C. J., and McGOWAN and FITZSIMONS, JJ.

C. Meyers and R. M. Henry, for appellant.

M. Moses and E. W. J. Johnston, for respondent.

EHRLICH, C. J.   We have repeatedly enforced the rule that, where no order is entered denying the motion for a new trial on the judge's minutes, the appeal brings up for review only such errors as were committed at the trial.   McArdle v. Smith, (City Ct. N. Y.) 20 N. Y. Supp. 612, and cases cited.   No order was entered in this instance, and the rule must be applied.   The action was for brokerage in selling certain real estate belonging to the defendant.   The case went to the jury on conflicting evidence, and they found for the plaintiff.   No error appears to have been committed during the trial to the prejudice of the defendant, and, as the facts are not before us for review, we must affirm the judgment, with costs.   All concur.

